

AFFIDAVIT 19-3347 TMD
TJS ~~AI FFIDAVIT~~

## AFFIDAVIT

1. I am Detective Glenn Luppino, a sworn member of the United States Park Police for more than twenty-six (26) years. I am currently assigned to the Criminal Investigations Branch, Major Crimes Unit where I have served for twenty (20) years. I've served as the lead Detective on more than one-hundred (100) criminal investigations. The following affidavit is based on my personal knowledge, information obtained from other police officers, victims, and witnesses. This affidavit is intended to establish probable cause and is not intended to relate this incident in its entirety.

2. On Monday September 23, 2019, at approximately 0207 hours, I was dispatched to a residence in Temple Hills, Maryland to meet with Prince George's County Police who were standing by with the complaining witness (V-1) of a sexual assault.

3. Upon arrival, I met with V-1. The following is a non-verbatim account she gave me of the events leading up to and including the assault. On Sunday September 22, 2019 between 9:00 p.m. and 10:00 p.m., V-1 drove her three-year-old daughter to meet the child's father in the 600 block of Mississippi Avenue SE, Washington, DC, for a pre-arranged exchange. The child's father is identified as **KYRIE RASHAUD THOMPSON ("THOMPSON')**. As **THOMPSON** approached on foot, V-1 unlocked her car door so that **THOMPSON** could take the child out of the car. Instead of retrieving the child, **THOMPSON** opened the front passenger door and sat down in V-1's vehicle. **THOMPSON** threatened and began to choke V-1. **THOMPSON** then ordered V-1 to drive to Bald Eagle Drive, where she parked near the gate at the entrance to the Oxon Hill Children's Farm. **THOMPSON** pulled his pants down and told

V-1 something to the effect of, "You are going to suck my dick or I'm going to smack the shit out of you." He then forced V-1's head into his groin. Fearing for her life V-1 performed oral sex on **THOMPSON** . **THOMPSON** ejaculated in V-1's mouth and they subsequently left the area. The child was sitting in the back of the car during the encounter.

4. After the assault, they drove back into the District of Columbia, and eventually, **THOMPSON** left with the child. V-1 drove home and called 911.

5. Detective Humberson arrived to assist and took photographs of the injuries to V-1's neck, which consisted of visible red marks and abrasions consistent with having been choked. V-1 consented to buccal swabs which were subsequently taken from her mouth and face.

6. On Wednesday October 2, 2019, at approximately 6:00 P.M., V-1 responded to the United States Park Police Anacostia Operations Facility for interview. During that time, V-1 was presented with a confirmation photo and positively identified the photo of **THOMPSON** as the father of her child and the person who sexually assaulted her on September 22, 2019.

7. On Sunday October 6, 2019, Detective Freeman and I met with V-1 and her current boyfriend (W-2). W-2 showed me a text and picture he received on his cellphone on October 4, 2019, from (240) 760-1529, the telephone belonging to **THOMPSON**. The picture contains the image of the back of V-1's head with the image of **THOMPSON** 's face above her in the background. The text message reads "Should've recorded it wen I got my dick sucked wit cash lil ugly ass in the back seat, Bitch ass nigga."

8. The area where this assault occurred is in Maryland, on lands within the special maritime and territorial jurisdiction of the United States.

Based on the above facts and circumstance, I am respectfully requesting a warrant be issued for **KYRIE RASHAUD THOMPSON** for assault by striking, beating and wounding.

_____
Det. Glenn Luppino, US Park Police

Sworn to before me, this 11th day of October, 2019.

_____
Timothy J. Sullivan
United States Magistrate Judge

3